UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                    :

In re:                              :         Chapter 7
                                    :         Case No. 26-10537 (MEW)

ZACH EHRLICH,                 :

                                    :

                      Debtor.     :

                                    :

----------------------------------------------------------------- X

## STIPULATION EXTENDING TIME TO OBJECT TO
## DEBTOR'S DISCHARGE, ANY CLAIMED EXEMPTIONS AND FOR DISMISSAL

**IT IS HEREBY** stipulated and agreed by and between the undersigned that the

time periods for the Trustee and parties in interest, including the United States Trustee, to object

to the discharge of the Debtor, dischargeability of debts, for objection to any claimed exemptions

of property of the estate, and for dismissal are hereby extended until September 14, 2026.

DATED:     New York, New York     ALBERT TOGUT,
             June 9, 2026            By:

                                     */s/ Brian F. Moore*
                                     BRIAN F. MOORE
                                     Togut, Segal & Segal LLP
                                     One Penn Plaza, Suite 3335
                                     New York, New York 10119
                                     (212) 594-5000

DATED:     New York, New York     ERICA T. YITZHAK,
             June 9, 2026            *Debtor's Attorney*
                                       By:

                                     */s/ Erica. T. Yitzhak*
                                     ERICA T. YITZHAK
                                     The Yitzhak Law Group
                                     185 Great Neck Road, Ste. 442
                                     Great Neck, NY 11021
                                     (516) 466-7144

**SO ORDERED** on this 10th day of June 2026, in New York, New York.


**s/Michael E. Wiles**
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE