TOGUT, SEGAL & SEGAL LLP                    ABANDONMENT DATE: 8/03/26
*Attorneys for the Chapter 7 Trustee*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Brian F. Moore
Peter Fishkind
Eitan Blander

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x
                                   :

In re:                                       : Chapter 7
                                   :

ZACH EHRLICH,                                : Case No. 26-10537 (MEW)
                                   :

                Debtor.            :
                                   :

--------------------------------------------------------------------x

### NOTICE OF TRUSTEE'S ABANDONMENT OF ESTATE'S INTERESTS IN 1467 BEDFORD STREET LLC, 1467 BEDFORD INVESTOR LLC, AND NU BEDFORD LLC

TO:   The Debtor;
       All of the Debtor's Known Creditors;
       All shareholders known to the Trustee in 1467 Bedford Street LLC;
       The United States Trustee;  and
       All Parties That Have Filed a Notice of Appearance

       **PLEASE TAKE NOTICE** that pursuant to section 554(a) of the

Bankruptcy Code, Rule 6007 of the Federal Rules of Bankruptcy Procedure and Rule

6007-1 of the Local Rules for the Southern District of New York (the "Local Rules"),

Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the

"Trustee") of the estate ("Estate") of Zach Ehrlich (the "Debtor") hereby gives notice

(this "Notice") of the Trustee's abandonment of the Estate's interests in 1467 Bedford

Street LLC, 1467 Bedford Investor LLC, and Nu Bedford LLC (the "Property").

       **PLEASE TAKE FURTHER NOTICE** that the Trustee has determined that

the Estate's interest in the Property does not have value that can be liquidated for the

benefit of the Estate, continued maintenance of the Property would be burdensome to the Estate, and the Estate's interests in the Property should therefore be abandoned.

**PLEASE TAKE FURTHER NOTICE** that on or about May 11, 2026, the sale of 1467 Bedford Street LLC as contemplated by the *Stipulation and Order Modifying the Automatic Stay to Permit Sale of 1467 Bedford LLC* [Docket No. 27] closed (the "Bedford Sale"), and the net sale proceeds from the Bedford Sale, totaling $1,410,024.04 (the "Bedford Sale Proceeds"), were transferred to the Trustee to be held in escrow pending diligence by the Trustee regarding asserted interests in the Bedford Sale Proceeds.

**PLEASE TAKE FURTHER NOTICE** that upon the Abandonment Date, the Trustee will release $1,269,021.63 of the Bedford Sale Proceeds to 1467 Bedford Street LLC to be distributed to the equity holders in 1467 Bedford Street LLC, of which no amount will be paid to Nu Bedford LLC or the Debtor.

**PLEASE TAKE FURTHER NOTICE** that upon the Abandonment Date, the Trustee will transfer $141,002.41 of the Bedford Sale Proceeds to Verita Global, LLC (the "Potential Nu Bedford LLC Interest") to be held in escrow pending the issuance of an order of a court of competent jurisdiction regarding the ownership of the Potential Nu Bedford LLC Interest.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6007-1(a) the Property will be deemed abandoned to the Debtor as of the Abandonment Date.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, must also be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, with a hard copy delivered directly to the Chambers of the Honorable Michael E. Wiles, and shall be

served by first-class mail upon: (i) Togut, Segal & Segal LLP, attorneys for the Trustee, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Brian F. Moore, Esq. (bmoore@teamtogut.com), Peter Fishkind, Esq. (pfishkind@teamtogut.com) and Eitan Blander, Esq. (eblander@teamtogut.com); (ii) The Yitzhak Law Group, attorneys for the Debtor, 185 Great Neck Road, Suite 313 Great Neck, New York 11021, Attn: Erica Yitzhak Esq. (erica@etylaw.com); (iii) William K. Harrington, United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Suite 534, New York, New York 10004-14058, Attn: Mark Bruh, Esq. (mark.bruh@usdoj.gov); (iv) all shareholders known to the Trustee in 1467 Bedford Street LLC as listed on the Certificate of Service filed in connection with this Notice; and (v) Joseph Obermeister, Esq., attorneys to Aaron Gorin, 555 Willow Avenue Cedarhurst, New York 11516, Attn: Joseph Obermeister, Esq., (Josepho@lawofficeofjosephobermeister.com), within fourteen (14) days after the date of this Notice (the "Objection Deadline"). If no responses or objections are filed, the Trustee will be deemed to have abandoned the Estate's interests in the Property on the next business day following the Objection Deadline.

DATED:  New York, New York
        July 17, 2026

ALBERT TOGUT
Not Individually But Solely in His
Capacity as Chapter 7 Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Brian F. Moore
BRIAN F. MOORE
PETER FISHKIND
EITAN BLANDER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

3